AMELIA KATZ, Respondent, *v.* SIGMUND KATZ et al., Defendants, and WILLIAM KLEIN et al., Appellants.

*Katz* v. *Katz*, 159 App. Div. 921, affirmed.
(Argued January 31, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 26, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property. The only question arising on this appeal is whether or not the defendants, appellants, William Klein and Maria M. Klein, or either of them, are personally liable for a deficiency judgment by reason of a bond executed by said defendants, appellants, at the same time that the above-mentioned mortgage was execu.ed and delivered. The bond is contained in the same instrument as the mortgage, the entire instrument being designated as a mortgage bond.

*John T. Van Derveer* for appellants.

*Jacob A. Bernstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.